UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00324-RM-NYW

KEISHA WILKERSON,
Individually and on behalf of herself
and all others similarly situated,

       Plaintiffs,

vs.

HUNTER WARFIELD, INC.

       Defendant.

---

**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE**

---

       The Court has reviewed the Stipulation to Dismiss With Prejudice (ECF No. 23) of Plaintiff KEISHA WILKERSON and Defendant HUNTER WARFIELD, INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiffs' individual claim, with prejudice[1], pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

       IT IS SO ORDERED.

       DATED this 1st day of October, 2015.

       BY THE COURT:

       /s/ Raymond P. Moore
       RAYMOND P. MOORE
       United States District Judge

---

[1] The Court notes that the stipulation to dismiss (ECF No. 23) requests that the Court dismiss the class claims without prejudice. Such claims are not before the Court as no class has been certified in this action. (*See generally* Dkt.) Therefore, there is nothing to dismiss with respect to the proposed class.